**FILED**

**DEC 14 2015**

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

| | | |
|---|---|---|
| CHERYL J. STEELE | * | Case # 15-00345 |
| Debtor | * | Chapter 13 |

RESPONSE TO MOTION OF TOMMY ANDREWS, JR.
TO WITHDRAW AS COUNSEL OF RECORD

I, Cheryl J. Steele, request a hearing on the motion to withdraw. There are pending matters before this court that would prejudice the debtor if Counsel of record were allowed to withdraw. Debtor's decision to file bankruptcy was due in part as a result of counseling by Counsel of record and believes she has presented no cause for irreconcilable differences.

The debtor has recently secured employment that requires mandatory training during the probationary period. The training is scheduled from January 4, 2016 until January 8, 2016. The debtor must attend this training and successfully pass an exam to remain employed. The debtor will not be able to attend a hearing scheduled during the aforementioned dates.

Respectfully Submitted,

Cheryl J. Steele
1913 Kenyon Street NW
Washington, DC 20010

## Certificate of Service

Debtor certifies the following:

1. Debtor certifies that the last known address for Counsel is Tommy Andrews, Jr. P.C. 122 North Alfred Street, Alexandria, VA 22314
2. Counsel was served a copy of the Objection.

Date 12/12/15

Cheryl J. Steele

**Certificate of Service**

I hereby certify that a copy of the foregoing Objection to Counsel's Motion to Withdraw was sent via mail, postage paid this 14th day of December 2015 and to the following parties:

| | |
|---|---|
| Tommy Andrews, Jr. P.C.<br>22 North Alfred Street,<br>Alexandria, VA 22314 | Via certified mail |
| Cynthia Niklaus. Esq<br>4545 42nd Street, NW #211<br>Washington, DC 20016 | Via certified mail |
| Office of the US Trustee<br>115 South Union Street, #210<br>Alexandria, VA 222314 | Via certified mail |

Cheryl J. Steele