The order below is hereby signed.

Signed: December 23 2015



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

In the United States Bankruptcy Court
For the District of Columbia

In re:                              )
    CHERYL STEELE              )        Case No. 15-00345
                                    )        Chapter 13
    Debtor.                    )

ORDER GRANTING DEBTOR'S
EMERGENCY SECOND MOTION TO SEAL OR OTHERWISE RENDER INACCESSIBLE

    Upon consideration of the debtor(s) motion, and any response thereto and the Court finding that there is good cause for granting the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, it is,

    **ORDERED**, that the Clerk restrict public access to the amendment to Proof of Claim #2 filed on December 3, 2015 and that the Creditor shall file an Amended Proof of Claim with the Social Security number redacted within ten (10) days of the entry of this order.

Copies to:

**Tommy Andrews, Jr., Esq.,** Counsel for debtor
**Cynthia Niklas, Esq.,** Chapter 13 Trustee
**Debtor**

Micah Salb, Esq.
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Rd., Suite 1100
Bethesda, MD  20814

**END OF ORDER**